| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otero, Samuel J. | U.S. District Court | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 312 North Spring Street Suite 244-P Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. Judicial Board Member | Association of Business Trial Lawyers |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | |

RECEIVED 2010 MAY 24 A 11: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/2009 | Los Angeles Employee Retirement Pension | $15,666.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2009 | Los Angeles Unified School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 09/30/2009 through 10/04/2009 | Colorado Springs, Colorado | Program Participant | meals, hotel, transportation |
| 2. | Association of Business Trial Lawyers | 03/27/2009 through 03/29/2009 | Ojai, California | Board Meeting | meals, hotel, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. L.A.I.P. Inn of Court | Membership | $750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin California Tax Free Income Fund | A | Dividend | J | T | | | | | |
| 2. Galliard Stable Value (LA Def. Comp. Wash Mutual Liquid) | A | Interest | J | T | | | | | |
| 3. First Investors Cash Management Fund A (brokerage acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 4. First Investors Investment Grade Fund A (brokerage acct #1) | B | Dividend | K | T | Buy | 10/26/09 | K | | |
| 5. First Investors Fund for Income (brokerage acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 6. First Investors Blue Chip Fund A (brokerage acct #1) | A | Dividend | | | Redeemed | 03/31/09 | J | A | |
| 7. First Investors Government Fund (brokerage acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 8. Oppenheimer Discovery Fund | A | Dividend | K | T | | | | | |
| 9. Oppenheimer Equity Fund | A | Dividend | K | T | | | | | |
| 10. Aviva Life Insurance Strategy Select | A | Dividend | K | T | | | | | |
| 11. Great American Life Insurance | A | Dividend | K | T | | | | | |
| 12. First Investors Growth & Income Fund (X br. acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 13. First Investors Situations Fund A (X br. acct #1) | A | Dividend | J | T | Buy | 08/11/09 | J | | |
| 14. First Investors Global Fund A (X br. acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 15. First Investors Total Return fund (X br. acct #1) | B | Dividend | J | T | Buy | 10/26/09 | J | | |
| 16. California Ins Tax Exempt Fund (X br. acct #1) | B | Dividend | K | T | Buy | 06/29/09 | K | | |
| 17. First Investors Select Growth Fund A (X br. acct #1) | A | Dividend | J | T | Buy | 10/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. First Investors Int'l Fund A (X br. acct #1) | A | Dividend | K | T | Buy | 10/26/09 | K | | |
| 19. Apple Inc (X brokerage account #2) | A | Dividend | J | T | Buy | 10/06/09 | J | | |
| 20. Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 09/15/09 | J | | |
| 21. Ford Motor (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 12/02/09 | K | | |
| 22. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | K | T | Buy | 10/26/09 | K | | |
| 23. Berkshire Hathaway (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 09/17/09 | J | | |
| 24. United States Savings Bond | A | Dividend | J | T | | | | | |
| 25. Chase Bank Account Joint | B | Interest | K | T | | | | | |
| 26. L.A. Federal Credit Union Accounts | B | Interest | M | T | | | | | |
| 27. California Credit Union | A | Interest | J | T | | | | | |
| 28. Trust #1 | C | Dividend | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Trust Fund reported in Section VII item 18 was established by [REDACTED] In 2008 and 2009, the trust assets were fully distributed. My share was deposited in my First Investors and other bank accounts.

The majority of the "buy" transaction activity for the first investors trust funds reported in Section VII are actually exchanges and transfers within the first investors family of funds. In June of 2009, I deposited new money into the first investors accounts and opened the California Ins Tax Exempt Fund.

In September 2009, [REDACTED] I opened brokerage account #2. The stock held in the accunts are reported in Section VII itmes 19 through 23.

In 2009, [REDACTED] I received a non-reportable settlement. This sum was deposited in the first investors and bank accounts.

The legal organizations reported in Section I have bank accounts that are maintained for organization expenses.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544